(No. 16361.—Judgment affirmed.)
THE VILLAGE OF GLENCOE, Appellee, *vs.* ALBERT O. OLSON *et al.* Appellants.

*Opinion filed April 24, 1925—Rehearing denied June 9, 1925.*

This case is controlled by the decision in *Village of Glencoe* v. *Hurford,* (*ante,* p. 203.)

APPEAL from the Superior Court of Cook county; the Hon. E. M. MANGAN, Judge, presiding.

MORTON T. CULVER, for appellants.

GEORGE I. HICKS, for appellee.

Per CURIAM: This appeal is from a judgment of the superior court of Cook county in a local improvement case instituted by the village of Glencoe. All questions presented for decision in this case have been decided in an opinion this day filed in *Village of Glencoe* v. *Hurford,* (*ante,* p. 203,) and for the reasons there given the judgment of the superior court is affirmed.

*Judgment affirmed.*